IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| THE EXCELLENT THE EXCELLENT RAJ K. PATEL, from all capacities,<br><br>*Plaintiff*<br><br>v.<br><br>JANE DOE and JOHN DOE<br><br>*Defendants* | No. 23-1322<br><br>Dated: February 22, 2023 |

**APPELLANT'S MOTION FOR ELECTRONIC FILING
WITH A GOOD REASON CIR. R. 25(c)**

I, T.E. T.E. Mr. Raj K. Patel, the undersigned Appellant *pro se*, respectfully move this Court of Appeals for the Seventh Circuit to allow me to file and/or serve documents electronically, from my e-mail address (rajp2010@gmail.com) or through the PACER ECF.

I also move that this court allow me self e-file using the 7th Circuit PACER using the same aforementioned e-mailed, rajp2010@gmail.com.

I already have access to self e-filing with the United States Court of Appeals for the Federal Circuit. I am IFP, and self e-filing will allow me to avoid unneeded cost.

I am no longer able to donate plasma temporarily because of a proscribed medicine.

My credit cards are maxed out.

I have regular access to the internet at a nearby Starbucks Coffee Store; the City of Indianapolis provides public WiFi in many areas; I have internet on my smart phone; and I able to access internet elsewhere. I am able to access my said e-mail from these internet sources.

Overall, I cannot afford unnecessary printing and shipping costs associated with court documents and briefs. And, electronically filing will allow for this case to move noticeably quicker, especially with the multiple courts of concern.

Therefore, I move this 7th Circuit Court of Appeals to grant me e-filing privileges for all cases pending before this Court of Appeals, No. 22-2251 & 23-1322.

Erickson v. Pardus, 551 U.S. 89, 94 (2007) (liberally construed).

Cir. R. 25 (c).

Respectfully submitted,

/s/ Raj K. Patel
T.E., T.E. Raj K. Patel (*pro se*)
6850 East 21st Street
Indianapolis, IN 46219
Marion County
317-450-6651 (cell)
rajp2010@gmail.com
www.rajpatel.live

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Motion for E-Filing on 02/24/2023 to below individuals via e-mail:

**See ECF 2.**

                              Respectfully submitted,

                              /s/ Raj Patel
                              T.E., T.E. Raj K. Patel (*Pro Se*)
                              6850 East 21st Street
                              Indianapolis, IN 46219
                              Marion County
                              317-450-6651 (cell)
                              rajp2010@gmail.com
                              www.rajpatel.live

Dated: February 24, 2023